**Order entered July 31, 2014**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00075-CR

**HENRY WILSON RICHARDS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63948-S**

## ORDER

The Court **ORDERS** the Dallas County District Clerk to file the clerk's record in this appeal within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/     DAVID EVANS
          JUSTICE